THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIE HAMMOND, Also Known as CINDY WILDER v. WARDEN.—

Concur — Stevens, P. J., Eager, Capozzoli, McGivern and Tilzer, JJ.